# JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA ELEAZAR<br><br>Plaintiff,<br><br>vs.<br><br>WALMART INC. and DOES 1 to 50,<br><br>Defendants. | Case No. 8:18-cv-01916-AG-DFM<br><br>Hon. Andrew J. Guilford<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41** |

ORDER RE: DISMISSAL

1 | GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that:

The above action is hereby voluntarily dismissed, with prejudice, pursuant to FRCP 41(a)(1)(A)(ii).

IT IS SO ORDERED:

DATED: March 11, 2019

By: _____
HON. ANDREW J. GUILFORD
UNITED STATES DISTRICT COURT JUDGE